**Dismiss and Opinion Filed June 24, 2022**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-21-00429-CV**

**IN THE INTEREST OF D.A.C., A CHILD**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-20-08946**

**MEMORANDUM OPINION**

Before Justices Myers, Carlyle, and Goldstein
Opinion by Justice Carlyle

This is an appeal from the trial court's final decree of divorce. On March 10, 2022, the parties filed an "agreed voluntary dismissal and settlement" informing the Court they had resolved their dispute and requesting that a judgment be entered effectuating their agreement and the appeal dismissed. We construed the agreed dismissal and settlement as a motion to abate pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(C) and directed the trial court to conduct proceedings so as to effectuate the agreement.

On June 23, 2022, a supplemental clerk's record was filed containing a copy of an amended divorce decree which reflects the parties' agreement. Accordingly, as

a judgment effectuating the parties' agreement has been entered, we dismiss the appeal. *See id.*

210429f.p05

/Cory L. Carlyle//
CORY L. CARLYLE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF D.A.C., A
CHILD

No. 05-21-00429-CV

On Appeal from the 255th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-20-08946.
Opinion delivered by Justice Carlyle,
Justices Myers and Goldstein
participating.

     In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

     Subject to any agreement between the parties, we **ORDER** that appellee Yalid Gonzalez-Patino recover his costs, if any, of this appeal from appellant Jayme Amanda Campbell.

Judgment entered this 24th day of June 2022.